Robinson, Robert L. #85893
Name

H.C.F P.o. box 1568

Hutchinson Kansas 67504
Address

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

Robert L. Robinson #85893, Plantiff
(Full Name)

CASE NO. 22-3047-SAC
(To be supplied by the Clerk)

V.

Sedgwick Co. Jail, sheriff Defendant (s)
of Sedgwick County Jeff Easter, sherriff
deputy Evan Carpenter, Corizon heath care

CIVIL RIGHTS COMPLAINT
PURSUANT TO 42 U.S.C.
§1983

## A. JURISDICTION

1) Robert L. Robinson #85893 (Plaintiff), is a citizen of Kansas (State) who presently resides at H.C.F P.o. box 1568 Hutchinson Ks 67504 Hutchinson Correctional Facility. (Mailing address or place of confinement.)

2) Defendant Sedgwick County Jail (Name of first defendant) is a citizen of Wichita Kansas (City, State), and is employed as ~~Dent~~ Detention Facility (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ✓ No ☐. If your answer is "Yes", briefly explain:

Petitioner was a Housed Resident of the Detention Facility

XE-2 8/82                CIVIL RIGHTS COMPLAINT §1983

1

3) Defendant __Jeffery T. Caster__ is a citizen of
(Name of second defendant)

__Wichita Kansas__, and is employed as
(City, state)

__Sherrif of sedgwick County__. At the time the
(Position and title, if any)

claim (s) alleged in this complaint arose was this defendant acting under the color of state law? Yes [✓] No [ ]. If your answer is "Yes", briefly explain:

__defendant was in operational control of detention facility petitioner was housed in.__

(Use the back of this page to furnish the above information for additional defendants.)

4) Jurisdiction is invoked pursuant to 28 U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

_____

_____

B. NATURE OF THE CASE

1) Briefly state the background of your case:

__petitioner being assaulted (on camera) by a sherif's deputy while in handcuffs/restraints and medical staff inadequately addressing petitioners medical needs.__

XE-2 8/82         CIVIL RIGHTS COMPLAINT §1983

2

Defendant: <u>sherriff's deputy Evan Carpenter</u> is a citizen of Wichita Kansas and is employed as a County Jail sherriff's deputy for the County of Sedgwick. At the time of the claims alleged in this complaint arose, was this defendant acting under the color of state law?
☒ ☐ because defendant was working his regular shift as a Sedgwick
yes No County sherriffs deputy in the Sedgwick County detention facility.

Defendant: <u>Corizon Health Care Services</u> is a citizen of Wichita Kansas and is employed as the Sedgwick County detention facility Health care provider. At the time of the claims alleged in this complaint arose, the defendant was acting under the color of state law by providing medical healthcare services to inmates housed in the Sedgwick County Adult Detention Facility.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8½" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: Excessive force, Cruel and unusual punishment, breach of duty.

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.):

On 6·27·2021, while housed in the Sedgwick County detention facility, petitioner was violently physically assaulted by sheriff's deputy Cuan Carpenter while petitioner was defenseless and in handcuffs. petitioner was repeatedly struck on numerous instances which →

B) (1) Count II: deliberate Indifference, procedural misconduct

(2) Supporting Facts: Corizon Medical staff never fully assessed any Injuries sustained after being assaulted by sherriffs' deputy, which resulted in petitioner suffering Multiple seizures and being

A)
(a) Supporting Facts Cont....
"resulted in the petitioner sustaining multiple injuries to his head and mouth. a cracked molar below the jawline that became rotten & diseased and caused great physical & emotional & psychological pain as it is a policy in SCADF that they do not do dental work. petitioner also suffered numerous siezers as a result of this attack and is now on medication for the emotional and psychological effects of this attack.

B)
(a) Supporting Facts Cont...
"transported to st. francis medical center for those injuries. after being returned to the facility with instructions from doctors at the hospital for medication and medical treatment, petitioner was returned to his cell without pain medication and told to sleep on the floor. petitioner continued to complain about pain in his lower back, head and mouth and even with visual injuries, medical staff ignored petitioner and told him he would be put on tylonol but that nothing could be done about the injuries to his head and mouth and that they did not do dental work at SCADF. for the next (5) months, petitioners mouth became rotten and diseased and he was in constant pain, his

mouth remained swollen and rank causing physical emotional and psychological distress. and at the time that he could finally have his problem rectified, the disease had spread throughout his mouth and caused lasting damage to his mouth & teeth.

C) (1) Count III: _____

_____

_____

(2) Supporting Facts: _____

_____

_____

_____

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☑. If your answer if "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

      Plaintiffs: _____

      Defendants: _____

   b) Name of court and docket number _____

_____

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

_____

   d) Issues raised _____

_____

  e) Approximate date of filing lawsuit _____

  f) Approximate date of disposition _____

1) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part C Yes [✓] No [ ]. If your answer is "Yes", briefly describe how relief was sought and the results. If you answer is "No", briefly explain why administrative relief was not sought.

I exhausted all administrative remedies as required by law. (i.e.) grievance proceedure, inmate kite requests, informal resolution.

## 2) REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief:

1: 2.5 million dollars in damages
2: defendants payment of petitioners medical fee's
3: defendants payment of petitioners legal fee's

_____     Robert Robinson  #85845
Signature of Attorney (if any)     Signature of Plaintiff

(Attorney's full address and telephone number)